IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IFEANYI NWANI, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>DELAWARE COUNTY CHILDREN &<br>YOUTH SERVICES, et al.,<br><br>            Defendants. | CIVIL ACTION<br>NO. 22-4540 |

## ORDER

**AND NOW**, this 19th day of March 2024, upon consideration of Defendants Nicole Strofe, Mykia Hicks, and Megan Fulton's Motion to Dismiss the Complaint (Doc. No. 22) and Plaintiff Ifeanyi Nwani's Response in Opposition (Doc. No. 23), it is **ORDERED** that the Motion to Dismiss the Complaint (Doc. No. 22) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.